Timothy S. BRANDON; William L. Dew, Plaintiffs–Appellants,

v.

CITY OF RICHMOND, VIRGINIA; Calvin Jamison, City Manager for the City of Richmond; Jack McElfish, Fire Chief of the City of Richmond; John Tunstall, Division Fire Chief for the City of Richmond; Larry Tunstall, Division Fire Chief for the City of Richmond, Defendants–Appellees.

No. 01–2412.

United States Court of Appeals,
Fourth Circuit.

Submitted Sept. 12, 2002.

Decided Sept. 23, 2002.

Robert P. Geary, Richmond, Virginia; William S. Francis, Jr., Richmond, VA, for Appellants. Beverly A. Burton, Senior Assistant City Attorney, Keith A. May, Assistant City Attorney, Richmond, VA, for Appellees.

Before NIEMEYER and LUTTIG, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

* The parties consented to the jurisdiction of the magistrate judge pursuant to 28 U.S.C.

PER CURIAM.

Timothy S. Brandon and William L. Dew appeal the magistrate judge's order denying relief on their employment discrimination action. We have reviewed the record and the magistrate judge's opinion and find no reversible error. Accordingly, we affirm the judgment of the magistrate judge.* *See Brandon v. City of Richmond,* No. CA–00–874–3 (E.D.Va. Oct. 25, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*